UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                PLAINTIFF,

CASE NUMBER: 11-15603
HON. GEORGE CARAM STEEH

PIERRE J. TEDDERS, DDS,

                DEFENDANT,

| O'Reilly Rancilio P.C. | PIERRE J. TEDDERS, DDS |
|---|---|
| CRAIG S. SCHOENHERR, SR. (P32245) | Defendant |
| Attorney for Plaintiff | 458 S. Woodlands Dr. |
| 12900 Hall Road, Suite 350 | Clarklake, MI 49234 |
| Sterling Heights, MI 48313 | |

## ORDER FOR ENTRY OF FINAL JUDGMENT BY CONSENT

Pursuant to the stipulation entered by the parties on March 26, 2012 [Docket # 3],

IT IS HEREBY ORDERED that Judgment is entered in favor of the United States of America, and against defendant, Pierre J. Tedders, DDS in the sum of $51,390.09 (principal of $50,723.08, interest in the amount of $317.01 through March 7, 2012, Court costs of $350.00, and any costs that may be applicable) and interest at the legal rate from the date of March 7, 2012, which will be compounded annually pursuant to the provisions of 28 U.S.C. 1961(b) until paid in full.

1. Judgment debtor will make an initial payment on April 1, 2012, payable to the Department of Justice, to be sent to the U.S. Department of Justice, Nationwide Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363, in the amount of $750.00.

2. On the 1st day of each month thereafter, the judgment debtor will tender to the United States a check payable to the Department of Justice in the amount of $750.00, and will continue

to make such payments by the 1st of each month, until the entire amount of the judgment, together with any interest thereon, is paid in full, with the following special provisions;

    (a)  Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal;

    (b) The judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; the judgment debtor shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence;

    (c)  Plaintiff reserves the right to evaluate the updated financial data and consider any extra payments that may be have been made then adjust the periodic payment rate upward or downward accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances by the United States Attorney.

    3.  The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment, place of residence or telephone number.  Defendant shall provide such information to attention of Craig S. Schoenherr, Sr. at O'Reilly Rancilio P.C., 12900 Hall Road, Suite 350, Sterling Heights, MI 48313.

                                       s/George Caram Steeh
                                         HON. GEORGE CARAM STEEH
                                         United States District Judge

Dated: March 26, 2012